**Lloyd Bernstein**, OSB #002030
E-mail:  lloyd.bernstein@bullivant.com
**Bryce J. Adams**, OSB #132880
E-mail:  bryce.adams@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendant Ohio Security Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| TECK PLUMBING LLC,<br><br>  Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>  Defendant. | Civil No.: 1:22-cv-01335-CL<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and agree that all claims between Plaintiff and Defendant shall be dismissed, with prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii), with each party to pay its own costs and attorney fees. As grounds therefore, the parties state that the claims at issue between them have been compromised and settled to their mutual satisfaction.  A separate Release has been executed

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE**
**Page 1**

for good and sufficient consideration.

DATED: November 7, 2023

| **GOWER LAW LLC** | **BULLIVANT HOUSER BAILEY PC** |
|---|---|
| By: *s/ Nick Gower* | By: *s/ Bryce J. Adams* |
| Nick Gower, OSB #143274<br>Email: Nick@gower.law<br>Telephone: 503.507.3973 | Lloyd Bernstein, OSB #002030<br>Email: lloyd.bernstein@bullivant.com<br>Bryce J. Adams, OSB #132880<br>Email: bryce.adams@bullivant.com<br>Telephone: 503.228.6351 |
| Attorneys for Plaintiff Teck Plumbing LLC | Attorneys for Defendant Ohio Security Insurance Company |

4874-7907-0301.1 03387/00800

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE**
**Page 2**