IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| TECK PLUMBING LLC., | ) | |
| | ) | Case No. 1:22-cv-01335-CL |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| OHIO SECURITY COMPANY, | ) | |
| Defendant. | ) | |

Judgment is entered in accordance with the parties' stipulation [19], and this case is dismissed with prejudice and without costs or fees to either party.

DATED this 9th day of November, 2023.

/S/ Mark D. Clarke

_____

MAGISTRATE JUDGE MARK D. CLARKE